IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oba Lee Frelimo, | ) No. 1:08-CV-01040-SMM |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| J. Garcia, et al., | ) |
| Defendants. | ) |

On December 15, 2009, the Court held a Rule 16 Scheduling Conference and established deadlines for the case. At the conference, Defendants agreed to investigate whether any videotape existed of the place where the alleged incident occurred, and to produce any such videotape. For his part, Plaintiff agreed to execute a release for his medical records in order that the nature and extent of his injuries could be determined. The Court will schedule a status conference for the purpose of discussing the parties' progress in conducting discovery.

Accordingly,

**IT IS HEREBY ORDERED** setting a telephonic status conference before the Honorable Stephen M. McNamee for **Tuesday, March 9, 2010 at 2:30 p.m. Arizona time.** Defense counsel shall initiate a conference call and secure Plaintiff on the line before telephoning Judge McNamee's chambers at (602) 322-7555, no later than 2:25 p.m. Arizona time, on March 9, 2010.

DATED this 16th day of February, 2010.

_____
Stephen M. McNamee
United States District Judge