1
2
3
4                    IN THE UNITED STATES DISTRICT COURT
5              FOR THE EASTERN DISTRICT OF CALIFORNIA
6
7   Oba Lee Frelimo,                    )    No. 1:08-CV-01040-SMM
                                        )
8              Plaintiff,               )    **ORDER**
                                        )
9   vs.                                 )
                                        )
10  J. Garcia, et al.,                  )
                                        )
11             Defendants.              )
                                        )
12  _____)

13          On February 22, 2010, the U.S. Marshal Service filed a Request for Court Order

14  Reimbursing U.S. Marshal Service Fees (Doc. 31).  The U.S. Marshal seeks reimbursement

15  of the service fees incurred with serving G. Smith in the total amount of $250.25.  The Court

16  finds that the California Department of Corrections, rather than Defendants, should pay the

17  service fees to the U.S. Marshal.  The Court will give the California Department of

18  Corrections the option to pay the service fees to the U.S. Marshal now, or alternatively, to

19  defer the costs to the conclusion of the case when judgment is entered.

20          Accordingly,

21          **IT IS HEREBY ORDERED** that the California Department of Corrections has the

22  option to pay the service fees to the U.S. Marshal now, or alternatively, to defer the costs to

23  the conclusion of the case when judgment is entered.  The California Department of

24  Corrections shall inform the Court of its election by **March 26, 2010**.

25          DATED this 9th day of March, 2010.

26

27                              _____

28                                      Stephen M. McNamee
                                      United States District Judge