IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oba Lee Frelimo,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>J. Garcia, et al.,<br><br>　　　　Defendants. | No. 1:08-CV-01040-SMM<br><br>**ORDER** |

In the Court's December 16, 2009 Scheduling Order, a deadline of September 17, 2010 was set for submitting any motions for dispositive motions (Doc. 27). The deadline having passed, and no dispositive motions being filed, the Court will set a status conference with the parties.

Accordingly,

**IT IS HEREBY ORDERED** setting a telephonic status conference before the Honorable Stephen M. McNamee for **Tuesday September 28, 2010 at 2 p.m. Arizona time**.[1] Defense counsel shall initiate a conference call and secure Plaintiff on the line before telephoning Judge McNamee's chambers at (602) 322-7555, no later than 1:55 p.m. on September 28, 2010.

DATED this 21st day of September, 2010.

Stephen M. McNamee
United States District Judge

---

[1] Arizona and California currently are on the same time.