IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oba Lee Frelimo,            ) | No. 1:08-CV-01040-SMM |
| )  Plaintiff,           ) | **ORDER** |
| )  vs.                    ) | |
| )  J. Garcia, et al.,        ) | |
| )  Defendants.        ) | |
| ) | |

  Before the Court is Defendants' Request for Continuance of Status Conference (Doc. 38). A status conference previously was scheduled by the Court for September 28, 2010 (Doc. 37). Defense counsel is starting a trial on September 27, 2010 that is expected to last two weeks, and thus, is unavailable for the status conference.

  Accordingly,

  **IT IS HEREBY ORDERED GRANTING** Defendant's Request for Continuance of Status Conference (Doc. 38).

  **IT IS FURTHER ORDERED VACATING** the telephonic status conference scheduled for September 28, 2010 at 2 p.m.

  **IT IS FURTHER ORDERED** setting a telephonic status conference before the Honorable Stephen M. McNamee for **Tuesday, October 12, 2010 at 1:30 p.m. Arizona time.**[1] Defense counsel shall initiate a conference call and secure Plaintiff on the line before telephoning Judge McNamee's chambers at (602) 322-7555, no later than 1:25 p.m. on

---

[1] Arizona and California currently are on the same time.

1 | October 12, 2010.

2 | DATED this 24th day of September, 2010.

*/s/ Stephen M. McNamee*
Stephen M. McNamee
United States District Judge