**WO**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oba Lee Frelimo, | ) No. CV 1-08-1040-SMM |
| | ) |
| Plaintiff, | ) **ORDER** |
| | ) |
| vs. | ) |
| | ) |
| J. Garcia, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

Before the Court is the parties' Stipulated Dismissal with Prejudice (Doc. 47). Pursuant to the Stipulation and the agreement of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** approving the parties' stipulation.

**IT IS FURTHER ORDERED** that the matter is dismissed with prejudice, with the parties to bear their own costs and fees.

DATED this 29th day of June, 2011.

Stephen M. McNamee
United States District Judge